UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL FERRARO, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. _____ |
| v. ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, UNUM GROUP, and ) | |
| PROFESSIONAL DISABILITY ) | |
| ASSOCIATES LLC, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF REMOVAL

To The Judges of the United States District Court for the District of Maine

Defendants Unum Life Insurance Company of America and Unum Group (collectively, "Unum Defendants") through counsel, pursuant to 28 U.S.C. § 1441 *et seq.*, request removal of a civil action commenced in the Superior Court of Cumberland County, styled *Michael Ferraro v. Unum Life Insurance Company of America, et al.* Docket No. CV-2010-410. The undersigned counsel has communicated with the current counsel for Co-Defendant Professional Disability Associates, LLC (PDA) to determine whether PDA consents to this removal. PDA's counsel was unable to confirm consent with the client, and stated PDA has no position on removal at this time as it is still in the process of selecting counsel. If PDA does not consent to removal, Unum Defendants will immediately convey that information to the Court. In support of removal, Unum Defendants respectfully state:

    1.    Plaintiff is a resident of Scarborough, County of Cumberland, State of Maine.

2. Defendant Unum Life Insurance Company of America is a Maine corporation with a principal place of business in Portland, Maine.

3. Defendant Unum Group is a Delaware corporation with a principal place of business in Tennessee.

4. Upon information and belief, Defendant Professional Disability Associates LLC is a Maine limited liability company with a principal place of business in Yarmouth, Maine.

5. Plaintiff commenced this action by serving on Unum Defendants a Complaint to be returned to the Cumberland County Superior Court, Portland, Maine.

6. Defendants' counsel acknowledged receipt of the Summons and Complaint no sooner than August 24, 2010.

7. Plaintiff makes a claim for the recovery of long-term disability benefits under an insurance policy issued for the welfare benefits of the employees of Plaintiff's former employer, *See* Complaint, Count I.

8. This Court has original jurisdiction over this action pursuant to the Employee Retirement Income and Security Act of 1974, 29 U.S.C. § 1332(e), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. Defendants desire to remove this action to this Court.

8. Pursuant to 28 U.S.C. § 1446(d), Unum Defendants this day are filing a copy of the Notice of Removal with the Cumberland County Superior Court, and sending copies of the Notice to Plaintiff's counsel.

WHEREFORE, Defendants respectfully request that the above-captioned action be removed from the Cumberland County Superior Court to this Court.

DATED:  September 14, 2010	/s/  Geraldine G. Sanchez
	Geraldine G. Sanchez
	PIERCE ATWOOD LLP
	One Monument Square
	Portland, ME  04101
	(207) 791-1100
	gsanchez@pierceatwood.com
	*Attorneys for Defendants*
	*Unum Life Insurance Company*
	*of America and Unum Group*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2010, I electronically filed, via e-mail to the U.S. District Court in Portland, Maine, Defendants' Notice of Removal, and served the same, via First Class Mail postage prepaid, upon counsel of record as follows:

Jon Holder, Esq.
Holder & Grover, PA
PO Box 920
Bar Harbor, ME  04609
jon@holderandgrover.com

John H. Montgomery, Esq.
Bernstein Shur
PO Box 9729
Portland, ME  04104
jmontgomery@bernsteinshur.com


/s/  Geraldine G. Sanchez
Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME   04101
(207) 791-1100
gsanchez@pierceatwood.com

Attorneys for Defendants
Unum Life Insurance Company
of America and Unum Group