# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL FERRARO** | ) |
| | ) |
| | ) |
|   **PLAINTIFF** | ) |
| | ) |
| vs. | ) |
| | ) |
| **UNUM LIFE INSURANCE COMPANY** | ) |
| **OF AMERICA and UNUM GROUP** | )    **CIVIL NO.: 2:10-CV-384-GZS** |
| **(FKA UNUMPROVIDENT** | ) |
| **CORPORATION)** | ) |
| | ) |
| And | ) |
| | ) |
| **HILDA SOLIS** | ) |
| **SECRETARY LABOR** | ) |
| | ) |
| In her official capacity as Secretary of | ) |
| the United States Department of Labor | ) |
| | ) |
| | ) |
| | ) |
|   **DEFENDANTS** | ) |

## NOTICE OF DISMISSAL

     Now comes Michael Ferraro and files this notice of dismissal with specific reference to the Secretary of Labor as a clarification asked by the Clerk's Office of this Court. Accordingly, the Plaintiff Michael Ferraro specifically dismisses the above captioned action against the U.S. Secretary of Labor who did not answer the Complaint in this action. It is the Plaintiff's position, however, that the stipulation of Dismissal filed on 4/19/11 was adequate to dismiss this action as to all parties with prejudice but without costs or attorney fees to all parties. This notice should leave no doubt about the status of the Plaintiff's claim against the Secretary.

|  |  |
|---|---|
| Date: 5/11/11 | /s/Jon Holder<br>Jon Holder, Esq.<br>Attorney for the Plaintiff<br>Maine Bar No. 1463<br>Holder & Grover, PA<br>PO Box 920<br>Bar Harbor, Maine 04609<br>(207)288-1220<br>jon@holderandgrover.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2011 I electronically filed **NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Geraldine Sanchez, Esq.
Attorney for Defendant
Pierce Atwood, LLP
One Monument Square
Portland, ME 04101

        /s/Jon Holder
        Jon Holder, Esq.
        Attorney for the Plaintiff
        Maine Bar No. 1463
        Holder & Grover, PA
        PO Box 920
        Bar Harbor, Maine 04609
        (207)288-1220
        jon@holderandgrover.com